MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney, Tax Division
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone:     (415) 436-6475
Facsimile:      (415) 436-7009
Email: michael.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Fredric Allen & Phyllis Allen,<br><br>    Plaintiffs,<br><br>          v.<br><br>United States of America, et al.,<br><br>    Defendants. | Civil No. 3:13-cv-02501-WHO<br><br>STIPULATION AND<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE,<br>PRETRIAL DEADLINES AND<br>TRIAL DATE |

IT IS HEREBY STIPULATED by and between Defendant the United States of America ("United States"),[1] and Plaintiffs Frederic Allen and Phyllis Allen ("Plaintiffs"), by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4) and Local Civil Rule 6-2, that good cause exists and the parties request that the Court continue the case management conference, and pretrial and trial deadlines set forth in the Court's Order dated September 12, 2013 (Doc. # 12), and state as follows in support:

---

[1] Plaintiffs have improperly named the "Commissioner of Internal Revenue" as a Defendant. The only proper Defendant in a civil tax refund suit such as this is the United States. *See* 26 U.S.C. § 7422(f)(1).

Pursuant to the Court's September 12th Order, the following schedule is currently in place:

| | |
|---|---|
| Further Case Management Conference: | Jan. 7, 2014. |
| Discovery cutoff: | Jan. 31, 2014 |
| Expert Rebuttal: | Jan. 31, 2014 |
| Expert disclosure: | Feb. 14, 2014 |
| Expert discovery cutoff: | Feb. 28, 2014 |
| Motions heard by: | April 16, 2014 |
| Pretrial Conference: | June 23, 2014 |
| Trial: | July 7, 2014 |

The parties are currently conducting discovery. The United States has produced Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1), disclosed witnesses and documents pursuant to Rule 26(a)(1)(A)(i) & (ii). The United States has also propounded one set of Interrogatories and Requests for Production of Documents to Plaintiffs, and Plaintiffs have served timely responses thereto. The parties are currently attempting to schedule depositions. The parties hereby request an approximately 30 day extension of all existing deadlines, not for purposes of delay, but rather to allow the parties to complete discovery, explore the possibility of a negotiated resolution to this matter, and to prepare dispositive motions, if necessary. Specifically, the parties hereby respectfully request that the Court amend the schedule as follows (with the remaining provisions of the Court's September 12th Order remaining unchanged):

| | |
|---|---|
| Further Case Management Conference: | Feb. 4, 2014. |
| Discovery cutoff: | Feb. 28, 2014 |
| Expert Rebuttal: | Feb. 28, 2014 |

STIPULATION AND ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE, PRETRIAL DEADLINES
AND TRIAL DATE
CIVIL NO. 3:13-CV-02501-WHO

2

| | | |
|---|---|---|
| 1 | Expert disclosure: | March 14, 2014 |
| 2 | Expert discovery cutoff: | March 28, 2014 |
| 3 | Motions heard by: | May 14, 2014 |
| 4 | Pretrial Conference: | July 28, 2014 |
| 5 | Trial: | Aug. 4, 2014 |

The parties have not previously sought or received any extensions of time in this matter.

WHEREFORE the United States and Plaintiffs hereby respectfully request that the Court extend the deadlines in this case by approximately 30 days, and grant such other and further relief as is just and proper.

Respectfully submitted this 27th day of December, 2013,

FRAMTA SAECHAO
Attorney for Plaintiffs Fredric Allen & Phyllis Allen

MELINDA HAAG
United States Attorney

MICHAEL G. PITMAN
Assistant United States Attorney, Tax Division

Attorneys for United States of America

[PROPOSED] ORDER

Pursuant to the Stipulation of the parties, and for good cause shown therein, it is hereby ORDERED the deadlines set forth in the Court's Order dated September 12, 2013 (Doc. # 12), are continued as follows:

| | | |
|---|---|---|
| | Further Case Management Conference: | Feb. 4, 2014. |
| | Discovery cutoff: | Feb. 28, 2014 |
| | Expert Rebuttal: | Feb. 28, 2014 |

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE, PRETRIAL DEADLINES
AND TRIAL DATE
CIVIL NO. 3:13-CV-02501-WHO

3

| | | |
|---|---|---|
| Expert disclosure: | March 14, 2014 | |
| Expert discovery cutoff: | March 28, 2014 | |
| Motions heard by: | May 14, 2014 | |
| Pretrial Conference: | ~~July 28, 2014~~ | July 14, 2014 |
| Trial: | ~~Aug. 4, 2014~~ | August 11, 2014 |

The remaining provisions of the Court's September 12th Order remain unchanged.

IT IS SO ORDERED.

Date: January 2, 2014

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
TO CONTINUE CASE MANAGEMENT
CONFERENCE, PRETRIAL DEADLINES
AND TRIAL DATE
CIVIL NO. 3:13-CV-02501-WHO

4